■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC W. KEELS, Appellant. [678 NYS2d 531] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Tisch, J.), rendered July 7, 1994, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Contrary to the defendant's contention, he received meaningful representation, "viewing the defense counsel's performance 'in its entirety, in conjunction with the evidence, the law, and the circumstances of the case'" (*People v Ortiz,* 250 AD2d 626, 627, quoting *People v Vanterpool,* 143 AD2d 282; *see, People v Baldi,* 54 NY2d 137).

The sentence imposed is not harsh or excessive (*see, People v Suite,* 90 AD2d 80). Sullivan, J. P., Altman, Friedmann and McGinity, JJ., concur.